UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:09-00224 |
| | ) | JUDGE CAMPBELL |
| CLAUDIA SANCHEZ | ) | |

ORDER

Pending before the Court is a Motion to Dismiss the Indictment (Docket No. 5). The Motion is GRANTED.

    IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE